## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DAVID RUSSELL MYRLAND,<br><br>　　　　　　　　　Defendant. | NO. CR11-57RSM<br><br>ORDER GRANTING UNITED STATES APPEAL AND DETENTION ORDER |

This matter comes before the Court on the United States' appeal of U.S. Magistrate Judge Tsuchida's decision to release Defendant David Russell Myrland on bond. The Court considered the record before Judge Tsuchida, the government's appeal, the defendant's response, Exhibits 1 - 4 submitted by the government at the appeal hearing held on March 14, 2011, and heard from counsel for the parties.

Being otherwise fully advised, and for the reasons stated on the record in open Court, the Court GRANTS the United States' appeal and REVOKES the Bond issued by Judge Tsuchida.

IT IS THEREFORE ORDERED as follows:

Order re: Detention - 1
No. MJ10-30

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Office.

Dated this 22 day of February, 2011.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

JENNY A. DURKAN
United States Attorney

By: /s/ Vincent T. Lombardi
VINCENT T. LOMBARDI
Assistant United States Attorney

Order re: Detention - 2
No. MJ10-30

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970