|  |  |
|---|---|
| 1 | The Honorable Ricardo S. Martinez |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. CR11-0057 RSM |
| v. | ) | NOTICE OF APPEARANCE |
| DAVID RUSSELL MYRLAND, | ) | |
| Defendant. | ) | |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Jill Otake, Assistant United States Attorney for said District, hereby submits this Notice of Appearance of Counsel in the above-referenced matter. The above-captioned matter has been assigned to Jill Otake,

/ / /
/ / /
/ / /
/ / /
/ / /

NOTICE OF APPEARANCE/MYRLAND - 1
CR11-0057 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1 | Assistant United States Attorney.  Undersigned counsel respectfully requests that all
2 | pleadings, court documents, and correspondence be sent to the attention of the
3 | undersigned at the following address:

        Jill Otake
        Assistant United States Attorney
        WSBA # 28298
        United States Attorney's Office
        700 Stewart Street, Ste. 5520
        Seattle, Washington 98101
        Telephone: 206-553-4254
        Facsimile: 206-553-0755
        E-mail: Jill.Otake@usdoj.gov

Dated this 8th day of March, 2011.

        Respectfully submitted,

        JENNY A. DURKAN
        United States Attorney

        s/ Jill Otake
        JILL OTAKE
        Assistant United States Attorney
        WSBA # 28298
        United States Attorney's Office
        700 Stewart Street, Ste. 5520
        Seattle, Washington 98101
        Telephone: 206-553-4254
        Facsimile: 206-553-0755
        E-mail: Jill.Otake@usdoj.gov

NOTICE OF APPEARANCE/MYRLAND - 2
CR11-0057 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via United States Postal Service.

s/Ashley Sturgis
ASHLEY STURGIS
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-4222
Facsimile:  206-553-0755
E-mail: Ashley.Sturgis@usdoj.gov

NOTICE OF APPEARANCE/MYRLAND - 3
CR11-0057 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970