Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID MYRLAND,<br><br>　　　　Defendant. | No. CR 11 – 057 RSM<br><br>DEFENDANT'S MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE<br><br>Note for Motion: Friday, March 25, 2011 |

1. <u>Relief Requested</u>

DEFENDANT DAVID MYRLAND moves the court for an order continuing the pretrial motions deadline to Friday, March 25, 2011.

2. <u>Grounds</u>

On February 14, 2011, Mr. Myrland was arraigned on the charge of interstate transmission of a threatening communication.  At arraignment, the trial date was scheduled for April 25, 2011, and the pretrial motions deadline was set for March 17, 2011.  I appeared at the

DEFENDANT'S MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE – 1

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
600 FIRST AVENUE, SUITE 433
SEATTLE, WA 98104
(206) 464-4142

1  arraignment on behalf of Mr. Myrland, pursuant to my appointment to represent him in this

2  action.

3       On March 10, 2010, I received over 1,200 pages of discovery materials from the

4  government.  The materials include police reports, witness statements, photographs, civil

5  litigation pleadings and materials, search warrant materials, transcripts of phone messages, and

6  emails related to the charge in this case.

7       A short continuance of the motions deadline is necessary to allow defense counsel time to

8  complete a factual investigation of the case and prepare necessary pretrial motions.  Despite the

9  exercise of due diligence, I have been unable to review the discovery provided by the

10 government, complete the defense investigation and prepare pretrial motions.

11      Respectfully submitted on March 16, 2011.

12 Law Offices of Stephan R. Illa, Inc., P.S.



Stephan R. Illa
   WSBA No. 15793
Attorney for Defendant

### Certificate of Service

I certify, under penalty of perjury under the laws of the State of Washington, that today I electronically filed this pleading and all attachments with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to the attorneys of record for each of the parties.

Signed on March 16, 2011 in Seattle, Washington.



Stephan R. Illa

---

DEFENDANT'S MOTION TO CONTINUE PRETRIAL       LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
MOTIONS DEADLINE – 2       600 FIRST AVENUE, SUITE 433
     SEATTLE, WA 98104
     (206) 464-4142