11-CR-00057-AF

___ FILED  ___ ENTERED
___ LODGED  ___ RECEIVED

JUL 25 2011  JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

**COPY RECEIVED**

JUL 25 2011

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

**Donald Theodore Grahn**
*Public Minister, Notary Public*
*Director and Counselor*
**J & D Consultants International Ministries**
*...delivering God's peoples from the bondage of Babylon by reclaiming unalienable rights through education and action.*
12345 Lake City Way N.E. #133,
Seattle, [PC 25],
Washington
206-440-1938, Fax 368-2547
jd.consultants@live.com
July 22, 2011

TO: U.S. DISTRICT COURT – Western District of Washington (Seattle)

RE: CASE #: 2:11-cr-00057-RSM-1
USA vs. Myrland

**Amicus – Affidavit of Truth - of Support regarding Defendant's Nature:**

I, Donald Theodore Grahn, swear that the following is true, correct, and accurate to describe the nature of the alleged Defendant in the above captioned case:

1. For the record, your Affiant is a Public Minister as recorded in King County under File #9903230321 since January, 1999.  EXH. A
2. It is a fact that I have known and known of David R. Myrland since the mid 1990's to be a dedicated, independent legal researcher and articulate speaker on legal topics.
3. It is a fact that I began a legal research discussion group of my own in April of 2001, known as Legal Eagle's Guided Study, aka L.E.G.S.
4. For the record, our L.E.G.S. **Mission Statement**:
   > "Knowledge is power" and "Ignorance of the Law is no excuse" are apparently true maxims. Thus, it is the mission of the **Legal Eagle's** to have bi-weekly **guided** discussions / educational **studies** of laws that impact our everyday lives so attendees might learn how best to protect their rights and regain unalienable freedoms with honor.

5. It is a fact that I sought to invite local people to address our LEGS group on their legal topics and concerns, and hold a few weekend seminars per year.

6. It is a fact that I had David R. Myland speak before our group once in 2002, with such positive feedback and popular demand, that David returned to speak at ~ 2 meetings per year, plus give at least two all-day seminars to our LEGS associates.
7. It is a fact that I got to know David R. Myrland quite well through these meetings in which he was usually courteous, clear, concise, on-point and well respected by most attendees.
8. It is an evidentiary fact that David is a computer expert (who has set up several legal web-sites) and an excellent writer of effective legal briefs.
9. It is a fact that David R. Myrland has researched and holds some substantive legal positions that are not "main-stream."
10. It is a fact that positions that are not main-stream are considered controversial.
11. It is a fact that one person challenged Mr. Myrland to a debate on or around 2006.
12. It is a fact that David agreed to debate this individual at a LEGS meeting.
13. It is a fact that I was to M.C. and impartially direct the debate for fairness and objectivity.
14. It is a fact that the debate did not go as David Myrland hoped it would go (in David's favor, as a 'slam-dunk'.)
15. It is a fact that David was quite upset with me for "mishandling" the debate and "making David look bad."
16. It is a fact that David did not ever threaten me with any type of action whatsoever.
17. It is a fact that David just ceased communication with me for several years thereafter.
18. It is a fact that David started an on-line legal Discussion group, 'Myrland's Methods' which has as its by-line, "Your remedy is in the law. (YRIITL)"
19. It is conclusive fact that, from what I know of David Myrland, he is a zealous student of the law and striving to achieve legal remedy through proper application of the law, entirely peacefully.
20. While David does express his righteous indignation at public servants who appear to have acted beyond (or outside) the scope, letter and spirit of the law against him (that's how he got started!) and any associate of his, David has ALWAYS sought to resolve issues through the system, using the written (annotated) codes.
21. It is a fact that this Affiant had no knowledge whatsoever of any of the events occurring that created the instant case prior to ~ March/April of 2011.

Affidavit of Character Reference of David R Myrland    2                    Donald Theodore Grahn

22. It is a fact that this Affiant does not approve of hostile confrontations in any matter. Furthermore:

23. It is a fact that this Affiant notes that: 1. the Complainant Affiant in the instant matter, one JOHN DEAN, Senior Special Agent, Department of Homeland Security, apparently failed to make any statements about being true, correct, (etc.,) under penalty of perjury, lacking a jurat, and 2. The Honorable Mary Alice Theiler accepted such Complaint as being an "... Affidavit sworn to before me..." without any substantive written evidence thereof.

24. Is it a fact that such procedural failure can void the Complaint and Affidavit *ab initio* for lack of a proper Ratification of Commencement of a claim by a party of interest?[1] YES

I, the undersigned affiant, swear to the above, under my own unlimited commercial liability, as being true and correct and is not intended to mislead in any way.

*This Affidavit complies with State Rules of Evidence and Federal Rules of Evidence, Rule 101, et seq. In particular see Rule 301.*
*This Affidavit will be considered accurate if not countered with proof within (14) fourteen days. Each point should either be confirmed or denied.*
**"THE LACK OF PROPER AND TIMELY PROTEST EQUALS CONSENT."**

DONALD T. GRAHN, Public DEBTOR
Not an Accommodation UCC 3-419
By:
Donald Theodore Grahn                                    Transmitted without prejudice

On this 25 day of July, AD, 2011, the foregoing Affidavit was subscribed and sworn to before me by Donald Theodore Grahn, known to me to be this person by satisfactory evidence. I am a Notary Public in the County of King, in the State of Washington,

25.
26. {SEAL}
27. Shana Smith
28. Notary Public                     My Commission expires on Aug 15, 2012

---

[1] Rule 17(a) Real Parties in Interest:
   "*Every action shall be prosecuted in the name of the real party in interest.* An executor, administrator, guardian, bailee, trustee of an express trust, a party with whom or in whose name a contract has been made for the benefit of another, or a party authorized by statute may sue in that person's own name without joining the party for whose benefit the action is brought; and when a statute of the United States so provides, an action for the use or benefit of another shall be brought in the name of the United States. *No action shall be dismissed on the ground that it is not prosecuted in the name of the real party in interest until a reasonable time has been allowed after objection for ratification of commencement of the action by,* or joinder or substitution of, *the real party in interest*; and such ratification, joinder, or substitution shall have the same effect as if the action had been commenced in the name of the real party in interest."

Affidavit of Character Reference of David R Myrland    3                Donald Theodore Grahn

FILED ___ ENTERED
LODGED ___ RECEIVED

JUL 25 2011   IS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY



# A PRIORI NOTICE OF
## Appointment of PUBLIC MINISTER

Know all men by these presents: **Donald-Theodore: of Grahn** hereby provides notice to the world of his appointment as **Public Minister** on behalf of the Original Judicial venue and jurisdiction, The united States of America, AD 1789, as amended AD 1791

The term *"Public Minister"* means: Public Ministers take rank among themselves; in each class, according to the date of the official notification of the arrival at the tribunal:

A) **Public Minister is a Representative of a Judicial Jurisdiction:** a public minister is a representative of one judicial jurisdiction to a judicial jurisdiction of a **foreign authority** or power.

B) *Ministerial Power and Duty;* are powers given for the good, not of the donee himself exclusively, or of the donee himself necessarily at all, but for the good of several parties, including or not including the donee also. They are so called because the donee of them is as a minister or servant in his exercise of them. The power and duty of the public minister rest upon the laws of nations as well as upon treaties, and the primary duty of the public minister is the protection of the interests of his countrymen.

C) **Public Ministers protection of interests of parties of judicial jurisdiction represented;** Public Ministers are bound to see that the laws of the jurisdiction of the unknown or foreign authority wherein they officiate are properly administered so as to protect the interests of their nationals, and their official character as public ministers must be taken as sufficient evidence of authority to perform all those acts that customarily are entrusted to public ministers for performance. *The authority of a public minister to protect the estates and the rights of his countryman within his judicial jurisdiction from loss for waste is recognized by all civilized nations as inherent in the office of public minister under the accepted principles of international law, and the tribunals have consistently given recognition to the power of a public minister of a judicial jurisdiction foreign to the jurisdiction of the tribunal to assert or* **defend the property rights as well as the personal rights** *of his nationals irrespective of whether or not he has been accorded the right to represent them in tribunal by provision or treaty or otherwise. Even in the absence of specific authorization to act as the personal agent of his national, and in the absence of a treaty, a public minister duly recognized, has under the principles of international law the* **authority and the privilege to represent his fellow**

9903230321

1

countrymen in the tribunals of the state. A public minister is authorized to **assert claims** in behalf of his national, even where the claimants are unknown. However, he must have specific authority before he can obtain actual restitution or proceeds.

D) **Immunity of Public Ministers.** The rule that tribunals have no jurisdiction over a foreign sovereign extends also to its public ministers. Public law 1790, 1 Stat. At L. 117, ch 9 [codified in 22 U.S.C. § 252], it is provided that whenever any writ or process is sued out or prosecuted by a person in any tribunal of the United States or of a state or by a judge or justice whereby the person of any public minister of a foreign jurisdiction, or any domestic or domestic servant of any such minister is arrested or imprisoned or his goods or chattels are distrained, seized, or attached, such writ or process shall be deemed void. It is also provided that **whenever a writ or process is sued out in violation of this prohibition**, every person by who the same is obtained or prosecuted, whether as a Party or as attorney or as solicitor, and every officer served in executing it, shall be deemed a **violator of the laws of nations and a disturber of the public repose, and shall be subject to the penalty provided by law.** See: Pub. L. 1948, ch 645, 62 Stat. 688; [codified in 18 U.S.C. § 112] and Pub. L. 1871, ch. 22, § 6, 17 Stat. 15. [codified in U.S.C. 42 § 1986].

This being done under grace from our almighty God, creator of the heavens and the earth, and dated this __7th__ day of the first month in the year of Our Lord and Savior anno Domini, nineteen hundred ninety-nine.

_Donald-Theodore: of Grahn,_ Public Minister

[SEAL: The united States of America, Donald Theodore Grahn, Public Minister, 1789 AD]

[CERTIFIED stamp: The document to which this certificate is affixed is CERTIFIED A TRUE, CORRECT, and COMPLETE COPY of the original. Claimant is holder in due course of original. Signed 7/Jan/99. Convention de la Haye du 5 octobre 1961.]

**The Correct and Lawful method to send return to Me, and make appear a bond, is as follows:**
**The united States of America, 1791 A.D.**
**Donald-Theodore: of Grahn**
**[c/o 12345 Lake City Way N.E. Suite 133**
**Seattle**
**Washington**

9903230321

2