DANIEL T. SATTERBERG
PROSECUTING ATTORNEY



**King County**

Office of the Prosecuting Attorney
CRIMINAL DIVISION
W554 King County Courthouse
516 Third Avenue
Seattle, Washington 98104
(206) 296-9000

Vincent T. Lombardi
Assistant United States Attorney
U.S. Attorney's Office, Western District of Washington
700 Stewart Street, Suite 5220

Re: U. S. v. David Myrland

Dear Counsel:

I understand that the U. S. Attorney's Office has reached a resolution with the defense in U.S. v. David Myrland. That resolution calls for Mr. Myrland to plead guilty as charged and the U. S. Attorney's Office will recommend a sentence of 48 months. That resolution is satisfactory to the State.

You may include as part of the proposed resolution that the State will agree not to pursue further criminal prosecution against Mr. Myrland for the threats and other actions that were previously brought to our attention in Kirkland Police incident number 10-32226. Those matters were previously filed by the State under cause number 10-1-06999-9 and were dismissed when the case was transferred to the U. S. Attorney's Office.

Thank you for your work on this case.

Sincerely

Gary Ernsdorff
Supervising Attorney, Violent Crimes Unit
King County Prosecutor's Office
516 Third Avenue
Seattle, WA 98104

**11-CR-00057-LTR**

EXHIBIT
1
US v. Myrland