LODGED ___ RECEIVED

JUL 27 2011  JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

COPY RECEIVED

JUL 27 2011

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

2:11-cr-00057-RSM-1

July 27, 2011

Christopher Rhodes Chapman
c/o 100 Canebreakers Drive, STE. 205
Cocoa, Florida
(321) 636-9949

RE: David Myrland

To whom this may concern,

I have known David Myrland since 2004. Through the course of those years Dave and I have had many discussions and never once in any of those discussions have I ever found David to be violent or life-threatening to anyone. To the contrary, I found David to be a compassionate person of high moral integrity and a man who loves his country. Dave and I had discussed many times about what he believed was crimes being committed against him by public officials (trustees) for what he believed in.

David, as one of the holders of the inherent political power of the State of Washington was honestly doing his best to fight the corruption, he believed was going on inside his city government. I would think if we have more Americans like Dave Maryland who is concerned about honesty in government that he would be praised, in lieu of, getting arrested

Many of us people around this country are praying for David's release, we pray that this Court will find compassion and released Dave immediately.

Thank you for your consideration, and God Bless America

Christopher Rhodes Chapman

11-CR-00057-LTR