U.S. Dist. Court

Hon. Ricardo S. Martinez, Judge
700 Stewart Street
Seattle, WA 98101

To the Honorable Judge Martinez,

This letter is sent to you regarding David Russell Myrland #40941-086 whom is held in the Federal Detention Center at SeaTac. I have known David all of his life as I am his older sister. While I am not privileged to each detail of the charges against him, I can attest to his kind nature and lack of violent criminal history.

Dave has studied law for many years and is quite intelligent. I believe he has applied the words of law directly to his communication. Interpretation of law can vary by individual.

I am convinced that my brother has been treated unfairly by Kirkland authorities and that should be investigated. His communication with the authorities regarding the Kirkland Police stealing his car and holding a legally held gun for 17 days and neglecting to respond to his inquiries has caused this turn of events in David's life.

In his communication to Kirkland's Mayor, he was focused to have the criminals held accountable for their actions. He has no violent history. His intent was not to threaten nor injure anyone. It is not in his nature.

At the time of settling through a plea agreement or trial, I know you will treat him fairly.

Sincerely,


Elenora J. Lawson
█████████████
Renton, WA ████

6/27/2011

U.S. District Court

Hon. Ricardo S. Martinez, judge

700 Stewart Street

Seattle, WA 98101

Dear Hon. Ricardo Martinez,

This letter is in behalf of my brother, David Russell Myrland, currently being held at the Federal Detention Center in Sea Tac.

I do not know the exact details of his current situation, but I do know that he has been held, for several months and still waiting on the system to know his outcome. I am not writing to argue legal points, since I don't believe my opinion will hold any water as to his sentence, but I do wish to give you my thoughts of him, as has been my experience of knowing him for the past 42 years. We were not raised together, but I saw him on many occasions as a child, he was older than me and he was very kind hearted and gentle, and I never witnessed ANY kind of tendency toward violence or ANY kind of threatening behavior. I have gotten to know him as an adult over the past 24 years, and can tell you from my own experience, that he has never shown any kind of aggressive behavior, and quite the opposite, has been very kind and loving towards myself and my husband and two daughters, ages 6 and 10. They love him very much, and he is often spoiling them with kind words and thoughtful gifts. As for David's attitude toward women, he has always been respectful of women. If anything, he has been very defensive of any woman being treated in an unfair way, or one being threatened in any way. I have never witnessed any negative or threatening conduct by David, towards ANY woman.

I know that he has always sought out justice by LAW, using the law which is meant to protect our rights, and I have never seen him violate the law to seek his own agenda. I am certain, that if he had any kind of knowledge that he himself was breaking any law, he would quickly make an adjustment, and figure out a lawful solution. I know that the injustices in the system have been discouraging to him at times, and he certainly would like to see truth prevail over corruption, as would the rest of the country. Sometimes the technical parts of the law are left up to the "interpretation" of others, which often times conflicts, depending on who is doing the interpreting. This is in no way calling into question your interpretation of the law, and you have a very difficult job, and sure it has many stresses.

Please consider these words before you make a final decision on David's fate. I believe he is a good man with a good heart, but misunderstood by many. I see the REAL him, and prison does not seem like a just

"punishment", as the punishment seems to be out of proportion to the "crime" as some consider his behavior to be. (Interpretation of the technical terminology of a few "laws")

Thank you very much for considering my words.

Sincerely,

Lisa Russell

███████

Milton-Freewater, OR ████

My name is Melody Gillespie. I have been a government employee for 35 years. I have also worked as a paralegal, with a lot of hours of court experience. I met David Myrland through another friend of mine who is also a paralegal several years ago. David impressed me with his ability to read case law, and his knowledge and understanding of the statutes, as well as his well written briefs and procedural technique. David worked within the normal procedural arena very well and has never deviated into so called legal mythologies that is so prevalent within the non-legal community. He does expect government employees to follow the law, statutes and procedures as written, and probably knows the law, statutes, and procedures better than most public employees.

David has a big generous heart and has helped many people who have been ripped apart by unjust policies of agencies, to understand how to read the law and statutes, and follow procedures, while improving their lives and assisting them in maneuvering out of bureaucratic quagmires. David has very little monetary resources and helps many at his own expense.

I do know that with the limited monetary resources he has, he became completely devastated both financially and emotionally over the loss of his car. That meant to him further loss of life, in that earning a living became impossible. In every venue he turned to, no public employee would follow their procedural mandates, the statutes, or the law, causing a denial of equal protection. The obstacles that public employees have put in his path has now caused his life to be ripped apart by unjust underground polices of agencies, and has him caught in the bureaucratic quagmires. The court has provided him no relief from these losses, causing the denial of equal protection.

David is not an antigovernment extremist in any way. He truly loves the law, and has devoted his live to the study of it. While I do not believe in putting labels on people, David is more of a separatist, in that he wants to be left alone, to live his life in peace, without government/agency interference, or any interference from any other entities. He most definitely is not a "sovereign citizen" as I have seen written in the newspapers in the area. He speaks out sharply against such groups and attempts to show others the correct way to study statutes and laws. He just believes in living in peace, and does not declare himself to be anything.

David belongs to no groups. He most definitely does not belong confined. He is not a master criminal, does not like criminals, speaks out sharply against criminal activity, and the streets are just as safe if he is not confined. To incarcerate him is a waste of public funds. If he owes any debt to society at all, community service would be a much bigger service to the community than incarcerating him. He also needs his car back. He has never been in an accident and has never hurt anyone with his car. This is definitely a miscarriage of justice and the agents involved has caused David to be in the position he is in because of their failure/neglect to do what is right and proper.

/s/ Melody Gillespie

October 1, 2011

## To Whom It May Concern:

David Myrland has been living with my wife and I for more than 10 years, he has proven to be reliable and trustworthy in every way. David Myrland has taken care of our home during our overseas stay, to our fullest satisfaction. It saddens us that he has been charged and incarcerated for quite sometime now. We hope that the time he has served will be enough for the up coming judgment. We all are looking forward to his release on Oct. 21, 2011

_____
Jan Hoevenaar

_____
Violeta Hoevenaar, wife of Jan Hoevenaar

_____
Renee McDougall, daughter of Jan Hoevenaar

Mr. & Mrs. Jay Werelius
~~16606 Juanita Dr NE #228~~
Kenmore WA ~~98028~~

September 1, 2011

Stephan Illa, Esq.
600 1st Ave. #433
Seattle, WA 98104

RE David Myrland

Dear Mr. Illa,

We have known David Myrland since the middle 90's. While we do not know the all of the details of David's arrest and subsequent incarceration, but we do know David to be a fair, decent, ethical and honest man.

David has devoted many years to the study of common law and our legal system. Although David is not an attorney, the breadth and depth of his knowledge of the system is nothing short of amazing. His goals have always been to help others help themselves to remedy within the law. There are many self—proclaimed leaders/gurus in the current movement to reassert our rights through knowledge of the law and its roots and history. While many of them are very good at what they do, David has shown himself to be a cut above the rest. His studies have given him confidence in the system. He believes in what he teaches and acts accordingly. David is a peaceful man who does not believe in or espouse confrontation, illegal acts or taking matters into his own hands. He documents what he does, files issues with the proper courts and follows the principles of our God given rights.

David has lived in the same apartment for 12 years, and assists the elderly couple who rent to him. David also helps his sister Nora and is always available to lend a hand when he is asked.

We respectfully ask the Judge in David's case to appreciate David for the good man that he is, as we do.

Sincerely,

*Jay Werelius*
*Carol Werelius*

Jay Werelius

Carol Werelius

In Care of : Stephan Illa, Attorney for Dave Myrland

Tuesday, March 29, 2011

**To Whom It May Concern,**

I have known David Russell Myrland for 11 years. He has been a friend, a confidant and is a business advisor. Just recently, Mr. Myrland's "outside-the-box" advice helped me solidify a major business negation which was at an impasse and, at the time, seemed impossible to overcome. Mr. Myrland's solution was clean and simple – a "win/win solution, a blessing (and relief) for all parties concerned. This man clearly has a knack for understanding complex issues, using his creativity in problem-solving, and then articulating the solutions in a manner that is simple and easy-to-understand to the common laymen out there like me.

I have seen and am aware of the principles on which David has built his life: honesty, truth and a good heart. Dave has always been the pillar of dignity, distinction, value and integrity.

David is incredibly intelligent and is an amazing speaker. Not only has he hosted a radio show, but he also been a featured guest on other radio shows. Dave has the rare gift and ability to educate while being entertaining.

It is with great pleasure that I write to you in recommendation of David Myrland. He is trustworthy and honest, a caring individual who is an extremely valuable advisor to me and those that recommended him to me many years ago. If you have any questions, please do not hesitate to contact me.

Sincerely,


Tom Bryant: Friend of David Myrland

_____        3-29-2011
Tom Bryant                                                        Date

SWORN to and subscribed before me on this 29th day of March , 2011

_____
Notary Public-Signature

(seal) FAWZIA A SHAH, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 10-28-12

In Care of : Stephan Illa, Attorney for Dave Myrland

Tuesday, March 29, 2011

**To Whom It May Concern,**

I met David Russell Myrland about 11 years ago and since then, he has been a trusted friend and a solid business advisor. Time and time again, Mr. Myrland's advice has helped me get past major sticking points in business negation by offering "win-win" workable solutions for all parties involved.

Mr. Myrland's reputation for honesty, integrity and selfless service to others is justly earned. David is highly intelligent and is an amazing speaker who can back up his statements by citing facts. It is always a pleasure to hear him speak on the radio show he hosts.

I am honored to write to you in recommendation of Mr. David Myrland. He is truly a caring individual whom I greatly trust to always give me the best advice possible and I have all the confidence in the world to recommend him to my friends and business associates.

Please feel free to contact me if you have any questions.

Sincerely,


Henry Pena: Friend of David Myrland

_____     3/29/01
Henry Pena                          Date


SWORN to and subscribed before me on this 29th day of March , 2011

_____
Notary Public-Signature

(seal) FAWZIA A SHAH, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 10-28-12

Kraig Patterson

Inverness, California

mackraigmm@gmail.com

To Whom It May Concern:

I have know David Russell Myrland for 6 years. He has been a friend and business partner for the last 3 years.

David helps many people including myself. I find him to be an honorable and outstanding member of the community whom is sincerely concerned for individual rights. This man has a special gifted ability to recognize complicated legal issues and translate them down to layman terms that are easily comprehended.

Dave lives his life by principles of honesty, truth and integrity. Being the intelligent man he is, I find it a travesty of justice that he would be put in a cage like a "common criminal", when all he was trying to do is have the law enforced equally, across-the-board.

It has been my honor to know and respect David Myrland, and I hope the court will consider this letter of character reference before any sentencing.

Sincerely,

*[signature]*

Kraig Patterson