The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                      Plaintiff,<br>       v.<br>DAVID RUSSELL MYRLAND,<br>                      Defendant. | NO. CR11-0057RSM<br><br>U.S. EXHIBIT LIST - SENTENCING |

The United States respectfully reserves the right to submit the following Exhibits at the sentencing hearing in this matter.

1. Photograph of Myrland's firearm, magazines and ammunition.
2. Email from Myrland, dated 2/20/11, re: "P.S. To Sessions Complaint II."
3. Email from Myrland, dated 2/20/11, re: "Tim G. can receive mail from me."
4. Email to Myrland dated 2/23/11, with reference "Just sent this to Tim."
5. Email from Myrland, dated 10/27/11, re: "from Data," discussing how he intends to recommence seminars and sales on his release.
6. Email from Myrland, dated 11/9/11, re: "from Data," discussing how he's "not apologetic."

U.S. Exhibit List - Sentencing Hearing - 1
*U.S. v. Myrland*

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

7. Email from Myrland dated 11/11/11, re: "A/Declaratory judgment - simple1."

8. City of Kirkland calculation of overtime costs (redacted to remove officer names).

DATED this 17th day of November, 2011.

Respectfully submitted,

JENNY A. DURKAN
UNITED STATES ATTORNEY

　s/ Vincent T. Lombardi
VINCENT T. LOMBARDI
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Facsimile: 206-553-7970
Phone: 206-553-0755
E-mail: Vince.Lombardi@usdoj.gov

U.S. Exhibit List - Sentencing Hearing - 2
*U.S. v. Myrland*

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on November 17, 2011, I electronically filed the foregoing |
| 3 | with the Clerk of Court using the CM/ECF system which will send notification of such |
| 4 | filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served |
| 5 | the attorney(s) of record for the defendant(s) that are non CM/ECF participants via United |
| 6 | States Postal Service. |

s/Ashley Sturgis
ASHLEY STURGIS
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-4222
Facsimile: 206-553-0755
E-mail: Ashley.Sturgis@usdoj.gov

U.S. Exhibit List - Sentencing Hearing - 3
U.S. v. Myrland

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970