Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,, <br><br> Plaintiff, <br><br> v. <br><br> DAVID MYRLAND, <br><br> Defendant. | D.C. Docket No. CR 11 – 057 RSM <br><br> NOTICE OF APPEAL |

**Notice of Appeal**: Notice is hereby given that DEFENDANT DAVID MYRLAND appeals to the United States Court of Appeals for the Ninth Circuit from the judgment and sentence in this action that was filed and entered on December 2, 2011.

**Sentence imposed**: 40 months of confinement; 3 years of supervised release.

**Bail Status**: In custody, serving sentence.

**Transcript**: Required.

\

NOTICE OF APPEAL – 1

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
POST OFFICE BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 464-4142

Respectfully Submitted on December 12, 2011.

LAW OFFICES OF STEPHAN R. ILLA, P.S., INC.

Stephan R. Illa
    WSBA No. 15793
Attorney for Appellant/Defendant

    Law Offices of Stephan R. Illa, Inc., P.S.
    P.O. Box 10033
    Bainbridge Island, WA  98110
    206 464-4142

Certificate of Service

I certify, under penalty of perjury under the laws of the State of Washington, that today I electronically filed this pleading and all attachments with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to the attorneys of record for each of the parties.

    Signed on December 12, 2011 in Seattle, Washington.

    Stephan R. Illa