FILED

JAN 05 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DAVID RUSSELL MYRLAND,<br><br>Defendant - Appellant. | No. 11-30351<br><br>D.C. No. 2:11-cr-00057-RSM<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of appointed counsel Stephen R. Illa, Esq., to be relieved as counsel and for the appointment of new counsel is granted. Counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for the Western District of Washington, who will locate appointed counsel. The district court shall send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

New counsel shall designate the reporter's transcripts by February 15, 2012. The transcript is due March 16, 2012. Appellant's opening brief and excerpts of record are due April 25, 2012; appellee's answering brief is due May 25, 2012; and the optional reply brief is due within 14 days after service of the answering brief.

The Clerk shall serve this order on former counsel.

The Clerk shall also serve this order on appellant individually at Reg. No. 40941-086, Federal Detention Center, P.O. Box 13900, Seattle, Washington 98198.