UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID RUSSELL MYRLAND,<br><br>        Defendant. | CASE NO. CR11-57 RSM<br><br>TEMPORARY ORDER OF DETENTION |

    Defendant DAVID RUSSELL MYRLAND is scheduled to be released from the custody of the Bureau of Prisons on January 29, 2014. The Defendant is hereby ordered detained until February 13, 2014 or until after he has appeared before this Court on the petition to modify the conditions of release dated January 15, 2014.

    DATED this 16th day of January 2014.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

TEMPORARY ORDER OF DETENTION

TEMPORARY ORDER OF DETENTION