The Honorable Ricardo S. Martinez



**11-CR-00057-BCST**

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID RUSSELL MYRLAND,<br><br>Defendant. | NO. CR11-0057RSM<br><br>ORDER MODIFYING CONDITIONS OF SUPERVISION |

THIS MATTER coming on before the Court for a hearing on a Request for Summons and Modification of the Conditions or Term of Supervision submitted by the Probation Office; defendant being present and being represented by his attorney, James Vonasch, the government being represented by Vincent T. Lombardi, Assistant United States Attorney; the Court having heard from defendant's counsel and defendant; and from U.S. Probation Officer Annaliese D. Johnson, and from Government counsel; and the Court being fully advised in the premises, now therefor, it is hereby

ORDERED that defendant's conditions of Supervised Release are modified as follows:

The defendant shall reside in and satisfactorily participate in a residential reentry center program, as a condition of supervised release or probation for up to 180 days or

ORDER MODIFYING CONDITIONS OF SUPERVISION – 1
*U.S. v. Myrland,* CR11-0057RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  until discharged by the Program Manager or U.S. Probation Officer.  The defendant may

2  be responsible for a 25% gross income subsistence fee.

3       Defendant shall remain in custody until a residential reentry center slot is

4  available, or until a different suitable release address can be located, whichever occurs

5  first.

6       All other terms and conditions of defendant's Supervised Release shall remain in

7  full force and effect.

8       A copy of this ORDER shall be delivered to counsel for the parties, the United

9  States Probation Officer, and the United States Marshal.

10      DATED this day of 3rd day of March, 2014.

11

12

13                                    The Honorable Ricardo S. Martinez
                                      United States District Court Judge
14

15

16  Presented by:

17  _Vincent T. Lombardi_____
    VINCENT T. LOMBARDI
18  Assistant United States Attorney

19
    Approved as to form, Notice of Presentation Waived:
20

21  _James Vonasch_____
    JAMES VONASCH
22  Attorney for Defendant

23

24

25

26

27

28

ORDER MODIFYING CONDITIONS OF SUPERVISION – 2
*U.S. v. Myrland*, CR11-0057RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970