The Honorable Ricardo S. Martinez



11-CR-00057-BCST

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID RUSSELL MYRLAND,<br><br>Defendant. | NO. CR11-0057RSM<br><br>ORDER MODIFYING CONDITIONS OF SUPERVISION |

THIS MATTER coming on before the Court for a hearing on a Request for Summons and Modification of the Conditions or Term of Supervision submitted by the Probation Office; defendant being present and being represented by his attorney, James Vonasch, the government being represented by Vincent T. Lombardi, Assistant United States Attorney; the Court having heard from defendant's counsel and defendant; and from U.S. Probation Officer Annaliese D. Johnson, and from Government counsel; and the Court being fully advised in the premises, now therefor, it is hereby

ORDERED that defendant's conditions of Supervised Release are modified as follows:

The defendant shall reside in and satisfactorily participate in a residential reentry center program, as a condition of supervised release or probation for up to 180 days or

ORDER MODIFYING CONDITIONS OF SUPERVISION - 1
U.S. v. Myrland, CR11-0057RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

until discharged by the Program Manager or U.S. Probation Officer. The defendant may be responsible for a 25% gross income subsistence fee.

Defendant shall remain in custody until a residential reentry center slot is available, or until a different suitable release address can be located, whichever occurs first.

All other terms and conditions of defendant's Supervised Release shall remain in full force and effect.

A copy of this ORDER shall be delivered to counsel for the parties, the United States Probation Officer, and the United States Marshal.

DATED this day of 3rd day of March, 2014.

*[signature]*

The Honorable Ricardo S. Martinez
United States District Court Judge

Presented by:

*Vincent T. Lombardi*
VINCENT T. LOMBARDI
Assistant United States Attorney

Approved as to form, Notice of Presentation Waived:

*James Vonasch*
JAMES VONASCH
Attorney for Defendant

ORDER MODIFYING CONDITIONS OF SUPERVISION – 2
U.S. v. Myrland, CR11-0057RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970