PROB Report (05/01)

# REPORT AND ORDER TERMINATING PROBATION OR SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE

## UNITED STATES DISTRICT COURT
### For The
### Western District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>David Myrland | Crim. No. 2:11-CR-00057-RSM-01 |

On 1/29/2014 the above named offender was placed on supervised release for a period of three years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Erin O'Donnell
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Probation or Supervised Release and that the proceedings in the case be terminated.

Dated this __12__ day of __January__, 20_17_.

Ricardo S. Martinez, Chief United States District Judge